RECEIVED
MAR 23 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

ANTHONY WAYNE WILSON (#12358-078)  DOCKET NO. 15-CV-2593; SEC. P

VERSUS                              JUDGE TRIMBLE

WARDEN                              MAGISTRATE JUDGE PEREZ-MONTES

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the petition filed pursuant to 28 U.S.C. § 2241 is hereby **DENIED and DISMISSED** with prejudice, as Petitioner has not shown that his custody is in violation of the Constitution or laws of the United States.

**THUS DONE AND SIGNED**, at Alexandria, Louisiana, on this 22nd day of March, 2016.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE